UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| ARAMUS JACQUES, | **NOTICE TO DEFENDANT** |
| Plaintiff,[1] | 22 Civ. 2228 (CBA) (VMS) |
| -against- | <u>Telephone Hearing:</u> |
| LIVONIA EXPRESS GROCERY INC., ET AL., | Date: August 25, 2022<br>Time: 12:30 PM<br>Dial-In: (877) 336-1829<br>Access Code: 3581283 |
| Defendant. | |

------------------------------------------------------------ x

**Vera M. Scanlon, United States Magistrate Judge:**

      Plaintiff has started a lawsuit in this Court that names you as a Defendant.  <u>See</u> ECF No. 1.  A copy of Plaintiff's complaint is enclosed.  It contains information about Plaintiff's allegations against you and the relief that Plaintiff seeks from you.

      Plaintiff claims that you have received written notice of this lawsuit.  You are receiving this notice because you have not answered or otherwise responded to the Court about Plaintiff's allegations.

      Plaintiff may ask the Court to enter a default judgment against you.  Stated differently, Plaintiff may ask the Court to conclude (1) that you do not oppose Plaintiff's allegations, or disagree with Plaintiff's claims, and (2) that Plaintiff is entitled to a judgment for the relief requested in Plaintiff's complaint.

      If you continue to fail to participate, the Court may grant Plaintiff's request and enter default judgment against you.

      A judgment is a public record with potential consequences.  For example, if you do not pay a judgment awarding Plaintiff monetary damages, Plaintiff may be allowed to enforce an unpaid judgment through methods such as attachment, imposition of a lien or garnishment.   As another example, if you do not comply with a judgment requiring that you take or refrain from taking specified action(s), Plaintiff may commence contempt proceedings against you seeking financial or even more serious sanctions.

      The Court has scheduled a Telephone Hearing as noted in the caption of this Order to discuss what will happen next in Plaintiff's lawsuit against you.  You may participate in the conference by calling 877-336-1829 and typing in the access code 3581283 for the AT&T

---

[1] If there is more than one Plaintiff or Defendant, the singular reference to Plaintiff or Defendant includes the plural.  Any reference to Plaintiff includes opt-ins who file to join the action before a court-approved opt-in notice is issued, whether the complaint has been amended to add them to the caption or not.

conference bridge.  You may also have a lawyer appear for you.  If you are a corporate defendant you should have a lawyer appear for you, but may appear at the appearance noticed herein without one to state your intentions with respect to retaining counsel.

      If you would like to inform the Court and Plaintiff of your views prior to the Telephone Hearing, including as to whether you received notice about the lawsuit prior to this notice, or what your factual and legal objections to Plaintiff's claims are, you may send a letter or statement to the Court and to Plaintiff's counsel.  You will find Plaintiff's counsel's contact information on the enclosed case docket sheet.  Any letter or statement to the Court should clearly identify the case name and number from the caption of this notice and can be mailed or delivered to:

      United States District Court for the Eastern District of New York
      Attn:  Clerk's Office / U.S.M.J. Scanlon
      225 Cadman Plaza East
      Brooklyn, New York 11201.

Dated:  Brooklyn, New York
      July 8, 2022

      *Vera M. Scanlon*
      VERA M. SCANLON
      United States Magistrate Judge