# LEVIN-EPSTEIN & ASSOCIATES, P.C.
---

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

July 11, 2022

<u>*Via Electronic Filing*</u>
The Honorable Vera M. Scanlon, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
1214 South Brooklyn, New York 11201

     Re: *Jacques v. Livonia Express Grocery Inc. et al*
       Case No.: 1:22-cv-02228-CBA-VMS

Dear Honorable Magistrate Judge Scanlon:

  This law firm represents Plaintiff Aramus Jacques (the "Plaintiff") in the above-referenced matter.

  Pursuant to Your Honor's Individual Motion Practice Rules and the directives contained in Your Honor's April 21, 2022 and July 8, 2022 orders [Dckt. Nos. 8, 15], this letter respectfully serves to provide the Court with a status update in the above-referenced action.

  This is an action under the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("FLSA") and Articles 6 and 19 of the New York State Labor Law ("NYLL"), brought by an individual against his former employers for violations of federal and state wage-and-hour laws.

  Defendants Livonia Express Grocery Inc., Livonia Food Corp. Livonia Food Corp. V (collectively, the "Corporate Defendants"), Kamal Uddin, and Alan "Doe" (together, the "Individual Defendants", and collectively with the Corporate Defendants, the "Defendants") own and operate a retail store located at 618 Livonia Ave. Brooklyn, NY 11207 where Plaintiff worked as a general worker from February 2020 through February 2021.

  To accomplish their business goals, Defendants pay their general workers, including Plaintiff, a flat weekly salary, regardless of how many hours they work per week. Plaintiff alleges wage and hour violations under FLSA and NYLL for, *inter alia*, unpaid minimum wages, overtime compensation, spread-of-hours, and violations of the notice and record keeping requirements of the New York Wage Theft Prevention Act. [*See* Dckt. No. 1].

  As of the date of this filing, Defendants have not appeared in this action. Despite their failure to appear, Defendants have both constructive and actual knowledge of the instant lawsuit. [*See* Dckt. Nos. 9-14].

  A Clerk's Entry of Default was entered on July 1, 2022 [Dckt. No. 14]. Plaintiff is in the process of drafting a motion for default judgment.

  Thank you, in advance, for your time and consideration.

              Respectfully submitted,

              LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
    Jason Mizrahi
    60 East 42nd Street, Suite 4700
    New York, NY 10165
    Tel. No.: (212) 792-0048
    Email: Jason@levinepstein.com
    *Attorneys for Plaintiff*

VIA ECF: All Counsel