# LEVIN-EPSTEIN & ASSOCIATES, P.C.
---

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

March 21, 2023

*<u>Via Electronic Filing</u>*
The Honorable Vera M. Scanlon, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
1214 South Brooklyn, New York 11201

          Re:    *Jacques v. Livonia Express Grocery Inc. et al*
                  Case No.: 1:22-cv-02228-CBA-VMS

Dear Honorable Magistrate Judge Scanlon:

      This law firm represents Plaintiff Aramus Jacques (the "Plaintiff") in the above-referenced matter.

      Pursuant to the directives contained in Your Honor's December 6, 2022 Scheduling Order, this letter respectfully serves to provide the Court with a status update in the above-referenced action.

      Plaintiff filed an amended complaint on December 21, 2022 (the "Amended Complaint") [Dckt. No. 21].

      As of the date of this filing, Defendants have not filed an answer to the Amended Complaint. Pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 12(a)(1)(A), Defendants' time to answer expired on January 11, 2023.

      Via email circulated on March 21, 2023 at 3:59 p.m., Defendants' counsel requested an extension of time to file an answer to the Amended Complaint to, through and including, March 28, 2023. Plaintiff consents to this request. Thus, the instant letter further serves to formalize Defendant's request, in writing, to the Court.

      The parties anticipate being able to conclude fact discovery by the existing May 31, 2023 completion deadline. [*See* 12/6/2022 Scheduling Order].

      Thank you, in advance, for your time and consideration.

                                                 Respectfully submitted,

                                                 LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                                 By:  */s/ Jason Mizrahi*
                                                       Jason Mizrahi
                                                       60 East 42nd Street, Suite 4700
                                                      New York, NY 10165
                                                      Tel. No.: (212) 792-0048
                                                      Email: Jason@levinepstein.com
                                                      *Attorneys for Plaintiff*

2

VIA ECF: All Counsel