**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
Aramus Jacques, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                                          *Plaintiff*,

      -against-

Kamal Uddin,

                                          *Defendant*.
-------------------------------------------------------------------------X

Case No.: 1:22-cv-2228

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

       WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendant Kamal Uddin (the "Defendant") having offered to allow Plaintiff Aramus Jacques (the "Plaintiff") to take a judgment against the Defendant in this action in the total sum of Fifteen Thousand Dollars ($15,000.00) (the "Judgment Amount"), payable via certified check as follows:

1. A payment in the amount of Five Thousand Dollars and Zero Cents ($5,000.00) (the "Initial Payment") on or before July 13, 2023;

2. A payment in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00) (the "Final Payment") on or before July 27, 2023;

       WHEREAS, the total Judgment Amount is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

       WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

       NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendants' Offer of Judgment.

                                                LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                                By: _____
                                                     Jason Mizrahi
                                                     60 East 42nd Street, Suite 4700
                                                     New York, NY 10165
                                                     Tel. No.:  (212) 792-0048
                                                     Email: Jason@levinepstein.com
                                                     *Attorneys for Plaintiff*

Via ECF: All Counsel


Encl.