UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Aramus Jacques, on behalf of himself and others
similarly situated in the proposed FLSA
Collective Action,

       Plaintiff,       JUDGMENT
v.                 22-cv-02228-CBA-VMS

Kamal Uddin,

       Defendant.
-----------------------------------------------------------------X

  A notice of acceptance of a Rule 68 Offer of Judgment having been filed on July 11, 2023; and Defendant Kamal Uddin, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Aramus Jacques in the total sum of Fifteen Thousand Dollars ($15,000.00); it is

  ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Aramus Jacques and against Defendant Kamal Uddin in the total sum of Fifteen Thousand Dollars ($15,000.00) (the "Judgment Amount"), payable via certified check as follows:

  1. A payment in the amount of Five Thousand Dollars and Zero Cents ($5,000.00) (the "Initial Payment") on or before July 13, 2023;

  2. A payment in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00) (the "Final Payment") on or before July 27, 2023.

Dated: Brooklyn, New York          Brenna B. Mahoney
    July 14, 2023            Clerk of Court

                    By: */s/Jalitza Poveda*
                       Deputy Clerk